IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**THE UNITED STATES OF AMERICA;** **PLAINTIFFS**
**and THE STATE OF MISSISSIPPI**

**V.** **NO. 4:16-CV-18-DMB-DAS**

**THE CITY OF GREENVILLE,**
**MISSISSIPPI** **DEFENDANT**

## ORDER CLOSING CASE

On April 6, 2016, this Court, on the parties' motion, entered a partial consent decree. Doc. #8. It appears the partial consent decree has resolved all current issues and that continued litigation, at this time, is unnecessary. Accordingly, the Clerk of the Court is **DIRECTED** to close this action. *See Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004) ("The effect of an administrative closure is no different from a simple stay, except that it affects the count of active cases pending on the court's docket; i.e., administratively closed cases are not counted as active."). Should further litigation be necessary, either party may move to reopen the case.

**SO ORDERED**, this 20th day of April, 2018.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**